ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
California Bar No. 222875
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-3172
   Facsimile: (213) 894-7177
   E-mail:   Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

**FILED: 7/19/11**

**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$123,810.00 IN U.S. CURRENCY,<br><br>    Defendant. | No. CV 10-8935 GHK (FMOx)<br><br>[~~PROPOSED~~]<br>**CONSENT JUDGMENT OF FORFEITURE** |

This action was filed on November 19, 2010. Notice was given and published in accordance with law. Claimant Marina Kyuregyan ("Kyuregyan") filed a claim and an answer on January 11, 2011 and February 2, 2011, respectively. No other claims or answers have been filed, and the time for filing claims and

1

answers has expired.  The parties have reached an agreement that is dispositive of this action and hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant $123,810.00 in U.S. currency (hereinafter "defendant currency") other than claimant Kyuregyan are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $111,430.00 of the defendant currency, with all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said asset in accordance with law.

4. $12,380.00 of the defendant currency, without any interest earned by the government on the full amount of the defendant currency, shall be returned to Kyuregyan by either check or wire transfer.  If the United States elects to make the payment by check, the check will be payable to "Marina Kyuregyan and Law Offices of James E. Blatt Client Trust Account," and mailed to the Law Offices of James E. Blatt, 9000 W. Sunset Boulevard, Suite 704, West Hollywood, California 90069.  If the United States elects to make the payment by wire transfer, the funds will be wire transferred to the Law Office of James E.

Blatt Client Trust Account. Kyuregyan and her attorneys shall provide any and all information needed to process the return of these funds according to federal law.

7. Kyuregyan hereby releases the United States of America, its agencies, agents, officers and attorneys, including employees and agents of the Drug Enforcement Administration, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendant currency or the prosecution of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Kyuregyan, whether pursuant to 28 U.S.C. § 2465 or otherwise.

8. The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated:    7/18   , 2011         _____
                                THE HONORABLE GEORGE H. KING
                                UNITED STATES DISTRICT JUDGE


**[Signatures of counsel appear on next page.]**

3

**Approved as to form and content:**

DATED: July 15, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /S/
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: July 14, 2011

LAW OFFICES OF JAMES E. BLATT

    /S/
JAMES E. BLATT, ESQ.
MICHAEL G. RAAB, ESQ.

Attorneys for Claimant
Marina Kyuregyan

DATED: July 14, 2011

    /S/
Claimant Marina Kyuregyan